IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| KELVIN WILLIAMS | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:11cv583 |
| M. MARTIN | § | |

**MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Kelvin Williams, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus. The court referred this matter to the Honorable Keith F. GIblin, United States Magistrate Judget. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the petition be dismissed.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Petitioner filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the court concludes the objections are without merit. The grounds for review asserted by petitioner do not provide him with a basis for relief in this proceeding.

### ORDER

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment shall be entered dismissing the petition.

So **ORDERED** and **SIGNED** this 6 day of **March, 2012.**

_____
Ron Clark, United States District Judge